# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0262
_____

STUART S. HARRISON,
individually and as sole legal
Parent/Guardian of Stuart
Harrison and STUART HARRISON,

    Appellants,

    v.

DESTIN HIGH SCHOOL, DESTIN
HIGH SCHOOL BOARD, OKALOOSA
COUNTY SCHOOL DISTRICT
BOARD, OKALOOSA COUNTY
SCHOOL DISTRICT
SUPERINTENDENT MARCUS
CHAMBERS, and other unknown
parties,

    Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.


March 16, 2026


PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____


Stuart S. Harrison and Stuart Harrison, pro se, Appellants.

Kyle Steven Bauman of Anchors Smith Grimsley, Fort Walton Beach, John Philip Leombruno of The Arnold Law Firm LLC, Jacksonville, and Carlton Jeffrey McInnis of Anchors Smith Grimsley, Fort Walton Beach, for Appellees.